**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01849-REB-KMT

NATHAN F. GUY,
REBECCA GUY,
JILL KATZENBERGER,
CARL B. NIELSEN,
AMANDA L. AVRAM,
KRISTEN E. LABRADOR, and
BELINDA S. MARTIN,

      Plaintiffs,

v.

USF REDDAWAY, INC., an Oregon corporation,

      Defendant.

---

## ORDER REMANDING CASE TO STATE COURT

---

**Blackburn, J.**

      This matter is before me on plaintiffs' **Motion For Remand To State Court For Lack of Subject Matter Jurisdiction** [#12] filed August 31, 2010. Defendant filed its **Response To Motion For Remand To State Court For Lack of Subject Matter Jurisdiction** [#18] on September 16, 2010, opposing the motion for remand. On September 28, 2010, defendant filed **Defendant USF Reddaway, Inc.'s Notice of Withdrawal of Response To Motion To Remand To State Court For Lack of Subject Matter Jurisdiction** [#21]. In light of this notice, the motion for remand should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That **Defendant USF Reddaway, Inc.'s Notice of Withdrawal of Response**

**To Motion To Remand To State Court For Lack of Subject Matter Jurisdiction** [#21]

filed September 28, 2010, is **APPROVED**;

     2. That defendant's **Response To Motion For Remand To State Court For**

**Lack of Subject Matter Jurisdiction** [#18] filed September 16, 2010, is **WITHDRAWN**;

     3. That plaintiffs' **Motion For Remand To State Court For Lack of Subject**

**Matter Jurisdiction** [#12] filed August 31, 2010, is **GRANTED**;

     4. That this action is **REMANDED** to the District Court for the City and County of

Denver, Colorado (where it was filed originally as Case No. 2010CV5625); and

     5. That any pending motion is **DENIED** as moot.

Dated September 28, 2010, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackburn
                         United States District Judge